# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

08-20285-CR-MORENO /TORRES

CASE NO.

21 U.S.C. § 963
21 U.S.C. § 846
46 U.S.C. § 70506
46 U.S.C. § 70503
21 U.S.C. § 952
21 U.S.C. § 853
46 U.S.C. § 70507

UNITED STATES OF AMERICA

vs.

FRANCISCO ANTONIO FLOREZ-UPEGUI,
  a/k/a "Don Pacho,"
  a/k/a "Pacho,"
RAUL ARTURO CONTRERAS-CHAVEZ,
  a/k/a "Comisario,"
OSCAR ALONSO ACOSTA-SERNA,
  a/k/a "Beto,"
JORGE ENRIQUE RINCON-ORDONEZ,
  a/k/a "Kike,"
OSCAR FERNANDO GONZALEZ-LENIS,
  a/k/a "El Negro,"
HERNAN DARIO RESTREPO-COSSIO,
  a/k/a "El Primo,"
FERNANDO MONTEPEQUE,
JOSE RODRIGO DOUGHERTY-MONROY,
and
SERGIO SANCHEZ-ALBARRAN,
  a/k/a "Fito,"

      Defendants.
_____/



FILED by _____ D.C.
MAG. SEC.

APR - 4 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## INDICTMENT

The Grand Jury charges that:



## COUNT 1

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**FERNANDO MONTEPEQUE,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this

2

violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

## COUNT 2

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**FERNANDO MONTEPEQUE,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable

3

amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

## COUNT 3

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**FERNANDO MONTEPEQUE,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to manufacture and distribute a controlled substance, in Schedule I or Schedule II, knowing that such controlled substance will be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all

4

in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, which is a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, which is a Schedule I controlled substance.

## COUNT 4

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about May 15, 2007, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**FERNANDO MONTEPEQUE,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally conspire with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance on board a

5

vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503; all in violation of Title 46, United States Code, Section 70506(b).

Pursuant to Title 46, United States Code, Section 70506, and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

From on or about May 12, 2007, until on or about May 15, 2007, on board a vessel subject to the jurisdiction of the United States, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**FERNANDO MONTEPEQUE,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506, and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of

a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

On or about June 2, 2007, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**FERNANDO MONTEPEQUE,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally import into the United States, from a place outside thereof, a

controlled substance, in violation of Title 21, United States Code, Section 952(a), and Title 18,

United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## CRIMINAL FORFEITURE

1.    The allegations contained in Counts 1 through 6 of this Indictment are realleged and

by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants may have an interest, pursuant to the provisions of Title 21, United States Code, Section 853, and Title 46, United States Code, Section 70507.

2.    Upon conviction of the offense charged in any count of this Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation and any property the defendants used, or intended to use, in any manner or part, to commit or to facilitate the commission of such violation.

All pursuant to Title 21, United States Code, Section 853, and Title 46, United States Code, Section 70507.

                              A TRUE BILL


                              _____
                              FOREPERSON


_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


_____
BRIAN K. FRAZIER
ASSISTANT UNITED STATES ATTORNEY


                              8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____

vs.

FRANCISCO ANTONIO FLOREZ-UPEGUI, et al.,      **CERTIFICATE OF TRIAL ATTORNEY***

                    Defendants.
_____/          **Superseding Case Information:**

**Court Division:** (Select One)           New Defendant(s)         Yes _____   No _____
                                           Number of New Defendants _____
__X__  Miami  _____  Key West              Total number of counts   _____
_____  FTL    _____  WPB    _____  FTP

       I do hereby certify that:

       1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of
            probable witnesses and the legal complexities of the Indictment/Information attached hereto.

       2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this
            Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,
            Title 28 U.S.C. Section 3161.

       3.   Interpreter:     (Yes or No)     Yes
            List language and/or dialect     Spanish

       4.   This case will take     30    days for the parties to try.

       5.   Please check appropriate category and type of offense listed below:
            (Check only one)                           (Check only one)

            I     0 to 5 days          _____          Petty       _____
            II    6 to 10 days         _____          Minor       _____
            III   11 to 20 days        _____          Misdem.     _____
            IV    21 to 60 days        _____          Felony       X
            V     61 days and over     _____

       6.   Has this case been previously filed in this District Court? (Yes or No)     No
            If yes:
            Judge: _____     Case No. _____
            (Attach copy of dispositive order)
            Has a complaint been filed in this matter?     (Yes or No)     No
            If yes:
            Magistrate Case No. _____
            Related Miscellaneous numbers: _____
            Defendant(s) in federal custody as of _____
            Defendant(s) in state custody as of _____
            Rule 20 from the _____     District of _____

            Is this a potential death penalty case? (Yes or No)     No

       7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to
            April 1, 2003?  _____ Yes    X   No

       8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to
            April 1, 1999?  _____ Yes    X   No
            If yes, was it pending in the Central Region?     _____ Yes    _____ No

       9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
            to October 14, 2003?  _____ Yes    X   No

       10.  Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
            May 18, 2003?         _____ Yes    X   No

       11.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior
            to September 1, 2007?  _____ Yes    X   No

                                        _____
                                        BRIAN K. FRAZIER
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court ID Number A5500476

*Penalty Sheet(s) attached                                        REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **JORGE ENRIQUE RINCON-ORDONEZ** **Case No:** _____

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JORGE ENRIQUE RINCON-ORDONEZ**  **Case No:** _____

Count #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count #: 6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: OSCAR FERNANDO GONZALEZ-LENIS  Case No: _____**

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>OSCAR FERNANDO GONZALEZ-LENIS</u>  **Case No:** _____

Count #: 5

    <u>Possession of a controlled substance with intent to distribute.</u>

    <u>Title 46, United States Code, Section 70503</u>

**\* Max.Penalty:**    <u>Life Imprisonment</u>

Count #: 6

    <u>Importation of a controlled substance.</u>

    <u>Title 21, United States Code, Section 952(a)</u>

**\*Max. Penalty:**    <u>Life Imprisonment</u>

Count #:

_____

_____

**\* Max.Penalty:** _____

Count #:

_____

_____

**\* Max.Penalty:** _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: HERNAN DARIO RESTREPO-COSSIO  Case No:** _____

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #: 4

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**:    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: HERNAN DARIO RESTREPO-COSSIO Case No:** _____

Count #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count #: 6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: FERNANDO MONTEPEQUE   Case No:** _____

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: FERNANDO MONTEPEQUE   Case No:** _____

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**      Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**      Life Imprisonment

Count #:




**\* Max.Penalty:**

Count #:




**\* Max.Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: JOSE RODRIGO DOUGHTERTY-MONROY Case No:** _____

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JOSE RODRIGO DOUGHTERTY-MONROY  Case No**: _____

Count #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count #:  6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count #:

**\* Max.Penalty**:

Count #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: SERGIO SANCHEZ-ALBARRAN  Case No:** _____

Count  #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count  #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count  #:  3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count  #: 4

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: SERGIO SANCHEZ-ALBARRAN  Case No:** _____

Count #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count #: 6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  FRANCISCO ANTONIO FLOREZ-UPEGUI  Case No:** _____

Count  #: 1

     Conspiracy to import a controlled substance.

     Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count  #: 2

     Conspiracy to possess with intent to distribute a controlled substance.

     Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count  #:  3

     Conspiracy to distribute a controlled substance.

     Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count  #:  4

     Conspiracy to possess with intent to distribute a controlled substance.

     Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: FRANCISCO ANTONIO FLOREZ-UPEGUI  Case No:** _____

Count #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count #: 6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: RAUL ARTURO CONTRERAS-CHAVEZ  Case No: _____**

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **RAUL ARTURO CONTRERAS-CHAVEZ** **Case No:** _____

Count #: 5

     Possession of a controlled substance with intent to distribute.

     Title 46, United States Code, Section 70503

**\* Max.Penalty:** Life Imprisonment

Count #: 6

     Importation of a controlled substance.

     Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Life Imprisonment

Count #:

**\* Max.Penalty**:

Count #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **OSCAR ALONSO ACOSTA-SERNA**  **Case No:** _____

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: OSCAR ALONSO ACOSTA-SERNA** **Case No:** _____

Count #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count #: 6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count #:

 

 

**\* Max.Penalty:**

Count #:

 

 

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2