# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>08-20285-CR-MORENO (s)</u>

21 U.S.C. § 963
21 U.S.C. § 846
46 U.S.C. § 70506
46 U.S.C. § 70503
21 U.S.C. § 952
21 U.S.C. § 853
46 U.S.C. § 70507



FILED by ___ D.C.
MAG. SEC.

APR 2 5 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

UNITED STATES OF AMERICA

vs.

FRANCISCO ANTONIO FLOREZ-UPEGUI,
    a/k/a "Don Pacho,"
    a/k/a "Pacho,"
RAUL ARTURO CONTRERAS-CHAVEZ,
    a/k/a "Comisario,"
OSCAR ALONSO ACOSTA-SERNA,
    a/k/a "Beto,"
CHEKRI MAHMOUD HARB,
    a/k/a "Taliban,"
    a/k/a "Tali,"
ALI MOHAMAD ABDUL RAHIM,
IMAD ABDUL RAHIM-ALVARADO,
ZAKARIYA HUSSEIN HARB,
ALI AHMAD KADDOURA,
    a/k/a "Shamed,"
    a/k/a "El Gordo,"
CARLOS ENRIQUE GONZALEZ-HOYOS,
    a/k/a "El Gordo,"
    a/k/a "El Rei,"
    a/k/a "King of Heroin,"
JORGE ENRIQUE RINCON-ORDONEZ,
    a/k/a "Kike,"
OSCAR FERNANDO GONZALEZ-LENIS,
    a/k/a "El Negro,"
HERNAN DARIO RESTREPO-COSSIO,
    a/k/a "El Primo,"
RAFAEL AVENDANO,
    a/k/a "Lucas,"

JUAN FERNANDO MONTEPEQUE-BERTHET,
JOSE RODRIGO DOUGHERTY-MONROY,
and
SERGIO SANCHEZ-ALBARRAN,
     a/k/a "Fito,"

                         **Defendants.**

                                           /
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

From in or around September 2006, the exact date being unknown to the Grand Jury, and

continuing until on or about the date of this Superseding Indictment, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**CHEKRI MAHMOUD HARB,**
**a/k/a "Taliban,"**
**a/k/a "Tali,"**
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ZAKARIYA HUSSEIN HARB,**
**ALI AHMAD KADDOURA,**
**a/k/a "Shamed,"**
**a/k/a "El Gordo,"**
**CARLOS ENRIQUE GONZALEZ-HOYOS,**
**a/k/a "El Gordo,"**
**a/k/a "El Rei,"**
**a/k/a "King of Heroin,"**

2

**JORGE ENRIQUE RINCON-ORDONEZ,**
a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**
a/k/a "El Primo,"
**RAFAEL AVENDANO,**
a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

## COUNT 2

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Superseding Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**

3

a/k/a "Don Pacho,"
a/k/a "Pacho,"
**RAUL ARTURO CONTRERAS-CHAVEZ,**
a/k/a "Comisario,"
**OSCAR ALONSO ACOSTA-SERNA,**
a/k/a "Beto,"
**CHEKRI MAHMOUD HARB,**
a/k/a "Taliban,"
a/k/a "Tali,"
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ZAKARIYA HUSSEIN HARB,**
**ALI AHMAD KADDOURA,**
a/k/a "Shamed,"
a/k/a "El Gordo,"
**CARLOS ENRIQUE GONZALEZ-HOYOS,**
a/k/a "El Gordo,"
a/k/a "El Rei,"
a/k/a "King of Heroin,"
**JORGE ENRIQUE RINCON-ORDONEZ,**
a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**
a/k/a "El Primo,"
**RAFAEL AVENDANO,**
a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that

4

this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

## COUNT 3

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Superseding Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**CHEKRI MAHMOUD HARB,**
**a/k/a "Taliban,"**
**a/k/a "Tali,"**
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ZAKARIYA HUSSEIN HARB,**
**ALI AHMAD KADDOURA,**
**a/k/a "Shamed,"**
**a/k/a "El Gordo,"**
**CARLOS ENRIQUE GONZALEZ-HOYOS,**
**a/k/a "El Gordo,"**
**a/k/a "El Rei,"**
**a/k/a "King of Heroin,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**

5

a/k/a "El Primo,"
**RAFAEL AVENDANO,**
a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
and
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to manufacture and distribute a controlled substance, in Schedule I or Schedule II, knowing that such controlled substance will be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, which is a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, which is a Schedule I controlled substance.

## COUNT 4

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about May 15, 2007, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
a/k/a "Don Pacho,"
a/k/a "Pacho,"
**RAUL ARTURO CONTRERAS-CHAVEZ,**
a/k/a "Comisario,"
**OSCAR ALONSO ACOSTA-SERNA,**

6

a/k/a "Beto,"
**JORGE ENRIQUE RINCON-ORDONEZ,**
a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**
a/k/a "El Primo,"
**RAFAEL AVENDANO,**
a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
and
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally conspire with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503; all in violation of Title 46, United States Code, Section 70506(b).

Pursuant to Title 46, United States Code, Section 70506, and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

From on or about May 12, 2007, until on or about May 15, 2007, on board a vessel subject to the jurisdiction of the United States, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
a/k/a "Don Pacho,"
a/k/a "Pacho,"
**RAUL ARTURO CONTRERAS-CHAVEZ,**
a/k/a "Comisario,"
**OSCAR ALONSO ACOSTA-SERNA,**
a/k/a "Beto,"
**JORGE ENRIQUE RINCON-ORDONEZ,**

7

a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**
a/k/a "El Primo,"
**RAFAEL AVENDANO,**
a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506, and Title 21, United States Code,

Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of

a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

On or about June 2, 2007, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
a/k/a "Don Pacho,"
a/k/a "Pacho,"
**RAUL ARTURO CONTRERAS-CHAVEZ,**
a/k/a "Comisario,"
**OSCAR ALONSO ACOSTA-SERNA,**
a/k/a "Beto,"
**JORGE ENRIQUE RINCON-ORDONEZ,**
a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**
a/k/a "El Primo,"
**RAFAEL AVENDANO,**

8

a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE

1.     The allegations contained in Counts 1 through 6 of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants may have an interest, pursuant to the provisions of Title 21, United States Code, Section 853, and Title 46, United States Code, Section 70507.

2.     Upon conviction of the offense charged in any count of this Superseding Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation and any property the defendants used, or intended to use, in any manner or part, to commit or to facilitate the commission of such violation.

9

All pursuant to Title 21, United States Code, Section 853, and Title 46, United States Code, Section 70507.

A TRUE BILL

_____  _____

FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
BRIAN K. FRAZIER
ASSISTANT UNITED STATES ATTORNEY

10

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

FRANCISCO ANTONIO FLOREZ-UPEGUI, et al.,

        **Defendant.**

_____/

CASE NO.    08-20285-CR-MORENO(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| X | Miami | ____ | Key West |
| ____ | FTL | ____ | WPB    ____ FTP |

New Defendant(s)    Yes __X__    No ____
Number of New Defendants     7
Total number of counts      6

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish and Arabic

4. This case will take   30   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | (Check only one) | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _____ | Petty | _____ |
   | II | 6 to 10 days | _____ | Minor | _____ |
   | III | 11 to 20 days | _____ | Misdem. | _____ |
   | IV | 21 to 60 days | __X__ | Felony | __X__ |
   | V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   Yes
   If yes:
   Judge:  Frederico Moreno    Case No.   08-20285-CR-MORENO
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

_____
BRIAN K. FRAZIER
ASSISTANT UNITED STATES ATTORNEY
Court No.  A5500476

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: FRANCISCO ANTONIO FLOREZ-UPEGUI**

**Case No: 08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  FRANCISCO ANTONIO FLOREZ-UPEGUI**

**Case No:  08-20285-CR-MORENO(s)**

Count  #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count  #:  6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count  #:

**\* Max.Penalty:**

Count  #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **RAUL ARTURO CONTRERAS-CHAVEZ**

**Case No**:   **08-20285-CR-MORENO(s)**

Count  #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count  #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count  #:  3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count  #:  4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**:      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: RAUL ARTURO CONTRERAS-CHAVEZ**

**Case No:  08-20285-CR-MORENO(s)**

Count #: 5

　　　Possession of a controlled substance with intent to distribute.

　　　Title 46, United States Code, Section 70503

**\* Max.Penalty:**　　Life Imprisonment

Count #: 6

　　　Importation of a controlled substance.

　　　Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**　　Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** OSCAR ALONSO ACOSTA-SERNA

**Case No:** 08-20285-CR-MORENO(s)

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**       Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**       Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**       Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**       Life Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: OSCAR ALONSO ACOSTA-SERNA

**Case No**: 08-20285-CR-MORENO(s)

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**       Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**       Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **CHEKRI MAHMOUD HARB**

**Case No**:   **08-20285-CR-MORENO(s)**

Count  #: 1

     Conspiracy to import a controlled substance.

     Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count  #: 2

     Conspiracy to possess with intent to distribute a controlled substance.

     Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count  #:  3

     Conspiracy to distribute a controlled substance.

     Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

Count  #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **ALI MOHAMAD ABDUL RAHIM**

**Case No**:   **08-20285-CR-MORENO(s)**

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** IMAD ABDUL RAHIM-ALVARADO

**Case No:** 08-20285-CR-MORENO(s)

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **ZAKARIYA HUSSEIN HARB**

**Case No**:   **08-20285-CR-MORENO(s)**

Count  #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count  #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty**:    Life Imprisonment

Count  #:  3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:    Life Imprisonment

Count  #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ALI AHMAD KADDOURA

**Case No:**   08-20285-CR-MORENO(s)

Count  #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count  #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count  #:  3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count  #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: CARLOS ENRIQUE GONZALEZ-HOYOS**

**Case No: 08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #:

_____ .

_____

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **JORGE ENRIQUE RINCON-ORDONEZ**

**Case No**:  **08-20285-CR-MORENO(s)**

Count  #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**        Life Imprisonment

Count  #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**        Life Imprisonment

Count  #:  3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:        Life Imprisonment

Count  #:  4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**:        Life Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: JORGE ENRIQUE RINCON-ORDONEZ**

**Case No: 08-20285-CR-MORENO(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**     Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**     Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **OSCAR FERNANDO GONZALEZ-LENIS**

**Case No**: **08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**: Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: OSCAR FERNANDO GONZALEZ-LENIS**

**Case No: 08-20285-CR-MORENO(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**      Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**      Life Imprisonment

Count #:

_____

_____

**\* Max.Penalty:**

Count #:

_____

_____

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** **HERNAN DARIO RESTREPO-COSSIO**

**Case No:** **08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: HERNAN DARIO RESTREPO-COSSIO**

**Case No: 08-20285-CR-MORENO(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:** Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **RAFAEL AVENDANO**

**Case No:** **08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**: Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **RAFAEL AVENDANO**

**Case No:** **08-20285-CR-MORENO(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:** Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Life Imprisonment

Count #:

**\* Max.Penalty**:

Count #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JUAN FERNANDO MONTEPEQUE-BERTHET**

**Case No**: **08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**: Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  JUAN FERNANDO MONTEPEQUE-BERTHET

**Case No:**   08-20285-CR-MORENO(s)

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**      Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**      Life Imprisonment

Count #:

**\* Max.Penalty**:

Count #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **JOSE RODRIGO DOUGHTERTY-MONROY**

**Case No:** **08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **JOSE RODRIGO DOUGHTERTY-MONROY**

**Case No:** **08-20285-CR-MORENO(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:** Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** **SERGIO SANCHEZ-ALBARRAN**

**Case No:** **08-20285-CR-MORENO(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**     Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: SERGIO SANCHEZ-ALBARRAN**

**Case No: 08-20285-CR-MORENO(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**        Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**        Life Imprisonment

Count #:

_____

_____

**\* Max.Penalty:**

Count #:

_____

_____

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2