UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20285-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

**Sealed**

vs.

SEALED DEFENDANTS,

    Defendants.
_____/

## ORDER OF TRANSFER TO CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendants are apprehended.

DONE and ORDERED in Miami-Dade County Florida, this 29th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE