UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20285-CR-MORENO/Torres (s)(s)

IN RE: SEALED INDICTMENT

_____ /

FILED by ___ D.C.

JUL 1 8 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the attached indictment and arrest warrants, this motion and any resulting order be SEALED until the arrest of a defendant, or further order of the Court, for the reasons that the named defendants may flee and the integrity of the ongoing investigation may be compromised. Should further information be required, the United States is prepared to respond in camera. A proposed order is attached hereto as Exhibit A.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: /s/ Brian Frazier

BRIAN K. FRAZIER
ASSISTANT U.S. ATTORNEY
Court No. 5500476
99 N.E. 4th Street
Miami, Florida 33132
Tel:   (305) 961-9160
Fax:   (305) 536-4675
E-Mail: brian.frazier@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>08-20285-CR-MORENO/Torres (s)(s)</u>

IN RE: SEALED INDICTMENT

_____ /

FILED by __QU__ D.C.
JUL 1 8 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, the government's motion, and this order, and this Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrants, the government's motion, and this order shall be filed under seal until the arrest of a defendant, or further order of this Court. However, the United States Attorney's Office may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 18 day of July, 2008

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBÉ