UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 08-20285-CR-MORENO (SS)(SEALED)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

JOSE LUIS CONTIN, ETAL

    Defendant.
_____/

    **THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

    **DONE AND ORDERED** at Miami, Florida this 31ST day of OCTOBER 2008.

TAPE NO:08FX-

                      **ANDREA M. SIMONTON**
                      **UNITED STATES MAGISTRATE JUDGE**

CC:    AUSA
        Defense Counsel
        U.S. Marshal
        Pretrial Services