FILED by ___ D.C.
ELECTRONIC

**NOV 21,2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 08-20285-CR-MORENO(s)(s)(s)

21 U.S.C. § 963
21 U.S.C. § 846
46 U.S.C. § 70506
46 U.S.C. § 70503
21 U.S.C. § 952
18 U.S.C. § 1956
21 U.S.C. § 853
46 U.S.C. § 70507
18 U.S.C. § 982

**UNITED STATES OF AMERICA**

vs.

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
        a/k/a "Don Pacho,"
        a/k/a "Pacho,"
**JOSE SEBASTIAN SANCHEZ**
        a/k/a "El Grande,"
**RAUL ARTURO CONTRERAS-CHAVEZ,**
        a/k/a "Comisario,"
**OSCAR ALONSO ACOSTA-SERNA,**
        a/k/a "Beto,"
**CHEKRI MAHMOUD HARB,**
        a/k/a "Taliban,"
        a/k/a "Tali,"
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ZAKARIA HUSSEIN HARB,**
**ALI AHMAD KADDOURA,**
        a/k/a "Shamed,"
        a/k/a "El Gordo,"
**CARLOS ENRIQUE GONZALEZ-HOYOS,**
        a/k/a "El Gordo,"
        a/k/a "El Rei,"
        a/k/a "King of Heroin,"
**JORGE ENRIQUE RINCON-ORDONEZ,**
        a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
        a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**

**a/k/a "El Primo,"**
**FERNANDO VARELA-BUSTOS**
    **a/k/a "Costeno,"**
**RAFAEL AVENDANO,**
    **a/k/a "Lucas,"**
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**SERGIO SANCHEZ-ALBARRAN,**
    **a/k/a "Fito,"**
**CECELIA MADRID-FRANCO,**
**ROBINSON DUVAN ACOSTA-SERNA,**
**RAMON ALBERTO CANAS-PULIDO,**
    **a/k/a "Camilo,"**
**MARIO ALBERTO HENAO-JARAMILLO,**
**and**
**JUAN LUIS CONTIN,**

<b>Defendants.</b>

_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT 1

From in or around September 2006, the exact date being unknown to the Grand Jury, and

continuing until on or about the date of this Superseding Indictment, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**JOSE SEBASTIAN SANCHEZ**
**a/k/a "El Grande,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**CHEKRI MAHMOUD HARB,**

2

a/k/a "Taliban,"
a/k/a "Tali,"
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ZAKARIA HUSSEIN HARB,**
**ALI AHMAD KADDOURA,**
a/k/a "Shamed,"
a/k/a "El Gordo,"
**CARLOS ENRIQUE GONZALEZ-HOYOS,**
a/k/a "El Gordo,"
a/k/a "El Rei,"
a/k/a "King of Heroin,"
**JORGE ENRIQUE RINCON-ORDONEZ,**
a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**
a/k/a "El Primo,"
**FERNANDO VARELA-BUSTOS**
a/k/a "Costeno,"
**RAFAEL AVENDANO,**
a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this

3

violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

## COUNT 2

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Superseding Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**JOSE SEBASTIAN SANCHEZ**
**a/k/a "El Grande,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**CHEKRI MAHMOUD HARB,**
**a/k/a "Taliban,"**
**a/k/a "Tali,"**
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ZAKARIA HUSSEIN HARB,**
**ALI AHMAD KADDOURA,**
**a/k/a "Shamed,"**
**a/k/a "El Gordo,"**
**CARLOS ENRIQUE GONZALEZ-HOYOS,**
**a/k/a "El Gordo,"**
**a/k/a "El Rei,"**
**a/k/a "King of Heroin,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**FERNANDO VARELA-BUSTOS**
**a/k/a "Costeno,"**
**RAFAEL AVENDANO,**

**a/k/a "Lucas,"**
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin.

## COUNT 3

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Superseding Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**JOSE SEBASTIAN SANCHEZ**
**a/k/a "El Grande,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**

5

a/k/a "Beto,"
**CHEKRI MAHMOUD HARB,**
a/k/a "Taliban,"
a/k/a "Tali,"
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ZAKARIA HUSSEIN HARB,**
**ALI AHMAD KADDOURA,**
a/k/a "Shamed,"
a/k/a "El Gordo,"
**CARLOS ENRIQUE GONZALEZ-HOYOS,**
a/k/a "El Gordo,"
a/k/a "El Rei,"
a/k/a "King of Heroin,"
**JORGE ENRIQUE RINCON-ORDONEZ,**
a/k/a "Kike,"
**OSCAR FERNANDO GONZALEZ-LENIS,**
a/k/a "El Negro,"
**HERNAN DARIO RESTREPO-COSSIO,**
a/k/a "El Primo,"
**FERNANDO VARELA-BUSTOS**
a/k/a "Costeno,"
**RAFAEL AVENDANO,**
a/k/a "Lucas,"
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
a/k/a "Fito,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury, to manufacture and distribute a controlled

substance, in Schedule I or Schedule II, knowing that such controlled substance will be unlawfully

imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all

in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

6

amount of cocaine, which is a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this violation involved one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, which is a Schedule I controlled substance.

## COUNT 4

From in or around September 2006, the exact date being unknown to the Grand Jury, and continuing until on or about May 15, 2007, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**RAFAEL AVENDANO,**
**a/k/a "Lucas,"**
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally conspire with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503; all in violation of Title 46, United States Code, Section 70506(b).

7

Pursuant to Title 46, United States Code, Section 70506, and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

From on or about May 12, 2007, until on or about May 15, 2007, on board a vessel subject to the jurisdiction of the United States, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**RAFAEL AVENDANO,**
**a/k/a "Lucas,"**
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506, and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

8

## COUNT 6

On or about June 2, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**RAUL ARTURO CONTRERAS-CHAVEZ,**
**a/k/a "Comisario,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**HERNAN DARIO RESTREPO-COSSIO,**
**a/k/a "El Primo,"**
**RAFAEL AVENDANO,**
**a/k/a "Lucas,"**
**JUAN FERNANDO MONTEPEQUE-BERTHET,**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**and**
**SERGIO SANCHEZ-ALBARRAN,**
**a/k/a "Fito,"**

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 7

From in or around January 2006, the exact date being unknown to the Grand Jury, and

9

continuing until on or about the date of this Superseding Indictment, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendants,

**FRANCISCO ANTONIO FLOREZ-UPEGUI,**
**a/k/a "Don Pacho,"**
**a/k/a "Pacho,"**
**JOSE SEBASTIAN SANCHEZ**
**a/k/a "El Grande,"**
**OSCAR ALONSO ACOSTA-SERNA,**
**a/k/a "Beto,"**
**CHEKRI MAHMOUD HARB,**
**a/k/a "Taliban,"**
**a/k/a "Tali,"**
**ALI MOHAMAD ABDUL RAHIM,**
**IMAD ABDUL RAHIM-ALVARADO,**
**ALI AHMAD KADDOURA,**
**a/k/a "Shamed,"**
**a/k/a "El Gordo,"**
**JORGE ENRIQUE RINCON-ORDONEZ,**
**a/k/a "Kike,"**
**OSCAR FERNANDO GONZALEZ-LENIS,**
**a/k/a "El Negro,"**
**JOSE RODRIGO DOUGHERTY-MONROY,**
**CECELIA MADRID-FRANCO,**
**ROBINSON DUVAN ACOSTA-SERNA,**
**RAMON ALBERTO CANAS-PULIDO,**
**a/k/a "Camilo,"**
**MARIO ALBERTO HENAO-JARAMILLO,**
**and**
**JUAN LUIS CONTIN,**

did willfully, that is, with the specific intent to further the unlawful purpose, and knowingly

combine, conspire, confederate, and agree with each other and with other persons known and

unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18,

United States Code, Section 1956, that is:

(a)    to knowingly conduct financial transactions affecting interstate commerce and foreign

commerce, which transactions involved the proceeds of specified unlawful activity, with the intent

10

to promote the carrying on of specified unlawful activity, and that while conducting such transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b)     to knowingly conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting such transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity referred to above is: (1) the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance; and (2) an offense against a foreign nation involving the manufacture, importation, sale and distribution of a controlled substance.

All in violation of Title 18, United States Code, Sections 1956(h) and 2.

## CRIMINAL FORFEITURE

1.     The allegations contained in Counts 1 through 7 of this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants may have an interest, pursuant to the provisions of Title 21, United States Code, Section 853; Title 46, United States Code, Section 70507; and Title 18, United States Code, Section 982(a)(1).

11

2.    Upon conviction of any offense charged in Counts 1 through 6 of this Superseding Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation and any property the defendants used, or intended to use, in any manner or part, to commit or to facilitate the commission of such violation.

3.    Upon conviction of the offense charged in Count 7 of this Superseding Indictment, the defendants shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

All pursuant to Title 21, United States Code, Section 853; Title 46, United States Code, Section 70507; and Title 18, United States Code, Section 982(a)(1).

A TRUE BILL

FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY

12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

FRANCISCO ANTONIO FLOREZ-UPEGUI, et al.,

            **Defendant.**

                          /

CASE NO.    08-20285-CR-MORENO(s)(s)(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)      Yes _____   No __X__
Number of New Defendants  _____
Total number of counts     _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)    Yes
    List language and/or dialect   Spanish and Arabic

4.   This case will take   30   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | X | Felony | X |
| V | 61 days and over | _____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)   Yes
If yes:
Judge:  Frederico Moreno         Case No.   08-20285-CR-MORENO(s)(s)
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   No
If yes:
Magistrate Case No.     _____
Related Miscellaneous numbers:  _____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of  _____
Rule 20 from the  _____  District of  _____

Is this a potential death penalty case? (Yes or No)   No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

                                  _____
                                MICHAEL P. SULLIVAN
                                ASSISTANT UNITED STATES ATTORNEY
                                FLA. BAR No. 134814

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  FRANCISCO ANTONIO FLOREZ-UPEGUI**

**Case No:  08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  FRANCISCO ANTONIO FLOREZ-UPEGUI**

**Case No:  08-20285-CR-MORENO(s)(s)**

Count  #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**     Life Imprisonment

Count  #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**     Life Imprisonment

Count  #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:**     20 Years' Imprisonment

Count  #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **RAMON ALBERTO CANAS-PULIDO**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 7

      Conspiracy to commit money laundering.

      Title 18, United States Code, Section 1956

**\* Max.Penalty:**    20 Years' Imprisonment

Count #:



**\* Max.Penalty:**

Count #:



**\* Max.Penalty:**

Count #:



**\* Max.Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** RAUL ARTURO CONTRERAS-CHAVEZ

**Case No:** 08-20285-CR-MORENO(s)(s)

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: RAUL ARTURO CONTRERAS-CHAVEZ**

**Case No: 08-20285-CR-MORENO(s)(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**     Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**     Life Imprisonment

Count #:

**\* Max.Penalty:**

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **JOSE RODRIGO DOUGHTERTY-MONROY**

**Case No**: **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

\* **Max.Penalty**:       Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty**:       Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

\* **Max.Penalty**:       Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

\* **Max.Penalty**:       Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **JOSE RODRIGO DOUGHTERTY-MONROY**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**      Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**      Life Imprisonment

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:**      20 Years' Imprisonment

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **ROBINSON DUVAN ACOSTA-SERNA**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:**    20 Years' Imprisonment

Count #:


**\* Max.Penalty:**

Count #:


**\* Max.Penalty:**

Count #:


**\* Max.Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **CARLOS ENRIQUE GONZALEZ-HOYOS**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **OSCAR FERNANDO GONZALEZ-LENIS**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

\* **Max.Penalty:**    Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

\***Max. Penalty:**    Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

\* **Max.Penalty:**    Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

\* **Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** OSCAR FERNANDO GONZALEZ-LENIS

**Case No:** 08-20285-CR-MORENO(s)(s)

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**     Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**     Life Imprisonment

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:**     20 Years' Imprisonment

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **CHEKRI MAHMOUD HARB**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ZAKARIYA HUSSEIN HARB

**Case No:** 08-20285-CR-MORENO(s)(s)

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #:




**\* Max.Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ALI AHMAD KADDOURA

**Case No:** 08-20285-CR-MORENO(s)(s)

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**   Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:**   20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** <u>JUAN LUIS CONTIN</u>

**Case No:** <u>08-20285-CR-MORENO(s)(s)</u>

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:**    20 Years' Imprisonment

Count #:




**\* Max.Penalty:**

Count #:




**\* Max.Penalty:**

Count #:




**\* Max.Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **CECELIA MADRID-FRANCO**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty:**   20 Years' Imprisonment

Count #:



**\* Max.Penalty:**

Count #:



**\* Max.Penalty:**

Count #:



**\* Max.Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: __JUAN FERNANDO MONTEPEQUE-BERTHET__

**Case No**: __08-20285-CR-MORENO(s)(s)__

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**:      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JUAN FERNANDO MONTEPEQUE-BERTHET

**Case No:** 08-20285-CR-MORENO(s)(s)

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:** Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:** Life Imprisonment

Count #:




**\* Max.Penalty:**

Count #:




**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **IMAD ABDUL RAHIM-ALVARADO**

**Case No**:   **08-20285-CR-MORENO(s)(s)**

Count  #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

Count  #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty**:     Life Imprisonment

Count  #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:     Life Imprisonment

Count  #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty**:     20 Years' Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: HERNAN DARIO RESTREPO-COSSIO**

**Case No: 08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **HERNAN DARIO RESTREPO-COSSIO**

**Case No**: **08-20285-CR-MORENO(s)(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**      Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**      Life Imprisonment

Count #:

**\* Max.Penalty**:

Count #:

**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: JORGE ENRIQUE RINCON-ORDONEZ**

**Case No: 08-20285-CR-MORENO(s)(s)**

Count #: 1

   Conspiracy to import a controlled substance.

   Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 2

   Conspiracy to possess with intent to distribute a controlled substance.

   Title 21, United States Code, Section 846

**\*Max. Penalty:**   Life Imprisonment

Count #: 3

   Conspiracy to distribute a controlled substance.

   Title 21, United States Code, Section 963

**\* Max.Penalty:**   Life Imprisonment

Count #: 4

   Conspiracy to possess with intent to distribute a controlled substance.

   Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **JORGE ENRIQUE RINCON-ORDONEZ**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 5

    Possession of a controlled substance with intent to distribute.

    Title 46, United States Code, Section 70503

**\* Max.Penalty:**    Life Imprisonment

Count #: 6

    Importation of a controlled substance.

    Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**    Life Imprisonment

Count #: 7

    Conspiracy to commit money laundering.

    Title 18, United States Code, Section 1956

**\* Max.Penalty:**    20 Years' Imprisonment

Count #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **SERGIO SANCHEZ-ALBARRAN**

**Case No:** **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**    Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**    Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty:**    Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **SERGIO SANCHEZ-ALBARRAN**

**Case No**:  **08-20285-CR-MORENO(s)(s)**

Count  #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**        Life Imprisonment

Count  #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**        Life Imprisonment

Count  #:

**\* Max.Penalty:**

Count  #:

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: **JOSE SEBASTIAN SANCHEZ**

**Case No**:   **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty**:      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **ALI MOHAMAD ABDUL RAHIM**

**Case No**:   **08-20285-CR-MORENO(s)(s)**

Count #: 1

    Conspiracy to import a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty:**       Life Imprisonment

Count #: 2

    Conspiracy to possess with intent to distribute a controlled substance.

    Title 21, United States Code, Section 846

**\*Max. Penalty:**       Life Imprisonment

Count #: 3

    Conspiracy to distribute a controlled substance.

    Title 21, United States Code, Section 963

**\* Max.Penalty**:       Life Imprisonment

Count #: 7

    Conspiracy to commit money laundering.

    Title 18, United States Code, Section 1956

**\* Max.Penalty**:       20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **OSCAR ALONSO ACOSTA-SERNA**

**Case No**: **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance.

Title 21, United States Code, Section 846

**\*Max. Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled substance.

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count #: 4

Conspiracy to possess with intent to distribute a controlled substance.

Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**:      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **OSCAR ALONSO ACOSTA-SERNA**

**Case No**: **08-20285-CR-MORENO(s)(s)**

Count #: 5

Possession of a controlled substance with intent to distribute.

Title 46, United States Code, Section 70503

**\* Max.Penalty:**      Life Imprisonment

Count #: 6

Importation of a controlled substance.

Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**      Life Imprisonment

Count #: 7

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956

**\* Max.Penalty**:      20 Years' Imprisonment

Count #:



**\* Max.Penalty**:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **RAFAEL AVENDANO**

**Case No**:   **08-20285-CR-MORENO(s)(s)**

Count #: 1

　　　Conspiracy to import a controlled substance.

　　　Title 21, United States Code, Section 963

**\* Max.Penalty:**　　Life Imprisonment

Count #: 2

　　　Conspiracy to possess with intent to distribute a controlled substance.

　　　Title 21, United States Code, Section 846

**\*Max. Penalty:**　　Life Imprisonment

Count #: 3

　　　Conspiracy to distribute a controlled substance.

　　　Title 21, United States Code, Section 963

**\* Max.Penalty**:　　Life Imprisonment

Count #: 4

　　　Conspiracy to possess with intent to distribute a controlled substance.

　　　Title 46, United States Code, Section 70506(b)

**\* Max.Penalty**:　　Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **RAFAEL AVENDANO**

**Case No:** **08-20285-CR-MORENO(s)**

Count #: 5

  Possession of a controlled substance with intent to distribute.

  Title 46, United States Code, Section 70503

**\* Max.Penalty:**   Life Imprisonment

Count #: 6

  Importation of a controlled substance.

  Title 21, United States Code, Section 952(a)

**\*Max. Penalty:**   Life Imprisonment

Count #:

 

**\* Max.Penalty:**

Count #:

 

**\* Max.Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **FERNANDO VARELA-BUSTOS**

**Case No**:   **08-20285-CR-MORENO(s)(s)**

Count #: 1

Conspiracy to import a controlled substance

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute a controlled substance

Title 21, United States Code, Section 846

**\* Max.Penalty**:      Life Imprisonment

Count #: 3

Conspiracy to distribute a controlled subtance

Title 21, United States Code, Section 963

**\* Max.Penalty**:      Life Imprisonment

Count #:



**\* Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**