UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>08-CR-20285-MORENO(s)(s)(s)</u>

UNITED STATES OF AMERICA

v.

JOSE SEBASTIAN SANCHEZ,
    a/k/a "El Grande,"
CHEKRI MAHMOUD HARB,
    a/k/a "Taliban,"
    a/k/a "Tali,"
ALI MOHAMAD ABDUL RAHIM,
ZAKARIA HUSSEIN HARB,
CARLOS ENRIQUE GONZALEZ-HOYOS,
    a/k/a "El Gordo,"
    a/k/a "El Rei,"
    a/k/a "King of Heroin,"
OSCAR FERNANDO GONZALEZ-LENIS
    a/k/a "El Negro," and
HERNAN DARIO RESTREPO-COSSIO,
    a/k/a "El Primo"

        Defendants.

_____/

**GOVERNMENT'S TWENTY-FOURTH RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    1.    The government has provided to defense counsel via electronic mail on February 4, 2010, transcripts for nineteen recorded conversations.

            5.    The government has provided to defense counsel via electronic mail on February 1, 2010, three documents from Hapag Lloyd including a bill of

lading, a description of the shipping container used to transport 300 kilograms of cocaine to Vigo, Spain and a bill of loading.

In addition, the government has made available to defense counsel a computer hard drive[1] containing the following discoverable items:

- Audio recordings, call summaries and "penlink" data obtained from judicially authorized Colombian wiretaps;

- Audio recording of defendant Chekri Mahmoud Harb's post arrest statement;

- Audio recording of defendant Francisco Florez-Upegui's post arrest statement;

- Consensual recordings obtained by a government confidential source known as "Khaled";

- Consensual recordings obtained by a government confidential source known as "David";

- Audio recordings of meetings with Juan Fernando Sandoval-Wyss on October 20, 2007 and October 24, 2007;

- Audio recordings of conversations involving Juan Fernando Sandoval-Wyss and/or Juan Fernando Montepeque-Berthet;

- Audio recordings of meetings with an undercover officer and Juan Fernando Sandoval-Wyss on May 24, 2007 and May 25, 2007; and

- Miscellaneous photographs.

Each defendant may obtain copies of the above items by contacting Ignacio Montero at:

Xpedia Duplicating Service
2800 Glades Circle, Suite 118
Weston, Florida 33327
Ph: (954) 384-2112

---

[1] This hard drive contains 24 folders consisting of various audio recordings, photographs and transcripts. A directory of these folders and their contents was provided to defense counsel via electronic mail on February 5, 2010. All of these materials may be obtained by defense counsel from Xpedia Duplicating Service.

Fax: (954) 384-2115

In order to facilitate the rapid reproduction of these materials, each attorney should provide Mr. Montero or his employee with the case number, the lead defendant's name (Francisco Antonio Florez-Upegui) and their own client's name.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

>Respectfully submitted,
>JEFFREY H. SLOMAN
>UNITED STATES ATTORNEY
>
>By:  Michael E. Sofia
>MICHAEL E. SOFIA
>Assistant United States Attorney
>Court ID: A5501184
>99 Northeast 4th Street
>Miami, Florida 33132-2111
>Tel: (305) 961-9208
>Fax: (305) 536-7213

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2010, the undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF.

> /s/ Michael E. Sofia
> MICHAEL E. SOFIA
> Assistant United States Attorney