UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20285-CR-Moreno

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**FRANCISCO ANTONIO FLOREZ-UPEGUI et al.,**

    **Defendants.**
_____/

**NOTICE OF WITHDRAWAL**

The United States of America, by and through undersigned counsel, hereby files this Notice of Withdrawal seeking removal of former Assistant United States Attorney Michael E. Sofia as counsel of record for the United States in the above-captioned criminal case. Michael E. Sofia is no longer an Assistant United States Attorney for the Southern District of Florida. Accordingly, Michael E. Sofia's appearance as counsel for the United States should be removed from the Court's record to prevent further distribution of notices of electronic case filing to an un-attended e-mail address.

                          Respectfully submitted,

                          WIFREDO A. FERRER
                          UNITED STATES ATTORNEY

By:    /s/ Maria K. Medetis
           MARIA K. MEDETIS
           District Court Id No. A5501214
           Assistant United States Attorney
           99 Northeast Fourth Street, 8th Floor
           Miami, Florida 33132-2111
           Telephone: (305) 961-9010
           E-mail: Maria.Medetis@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 20, 2011, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court using CM/ECF.

    /s/ Maria K. Medetis
MARIA K. MEDETIS
Assistant United States Attorney