UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20285-CR-Moreno (s) (s) (s)

**UNITED STATES OF AMERICA,**

v.

**RAUL CONTRERAS-CHAVEZ,**

**Defendant.**
_____/

**GOVERNMENT'S MOTION TO SENTENCE
DEFENDANT BELOW GUIDELINE RANGE**

Comes Now, the United States of America, by and through its undersigned Assistant U.S. Attorney, and files the above-styled motion, pursuant to U.S. Sentencing Guidelines ("USSG"), Section 5K1.1. The government states as follows, below.

1. Defendant Contreras-Chavez (hereinafter "Defendant") has provided "substantial assistance," as that term is meant and understood in the Policy Statement of Section 5K1.1, USSG, and T. 18 U.S.C. Section 3553(e), in the prosecution and investigation of other persons who have committed offenses.

2. Defendant has been debriefed several times by DEA and FBI agents concerning several investigations that are in progress; the government expects that there will be additional such debriefings over time.

3. Defendant had provided information to DEA agents concerning the whereabouts of an indicted defendant who is still a fugitive in this case.

4. The government considers the Defendant's information to be accurate and complete, and that the Defendant has been truthful in all discussions about his own participation in the matters for which he was indicted in this case *sub judice.*

**WHEREFORE**, the government respectfully recommends to the Court that Defendant be sentenced to a term of imprisonment that is 25% below the bottom of the calculated guideline, as that guideline appears in the Presentence Investigation Report at page 23, paragraph 97.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Michael P. Sullivan
MICHAEL P. SULLIVAN
Assistant United States Attorney
Florida Bar No. 134814
United States Attorney's Office
99 N.E. 4th Street, 8th Floor
Miami, FL 33132
Telephone: (305) 961-9274
Facsimile: (305) 536-4675
E-Mail: Pat.Sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 24, 2016, I electronically filed the foregoing Government's Motion to Sentence Defendant Raul Contreras-Chavez Below Guideline Range with the Clerk of Court using CM/ECF.

/s/ Michael P. Sullivan
MICHAEL P. SULLIVAN
Assistant United States Attorney