08-20285 CR
FAM

# DOCUMENT RETURNED

# PURSUANT TO COURT ORDER

# DOCKET ENTRY NUMBER __648__